1910.) In the matter of the application of Parker Ross Freeman for admission to the bar. No opinion. Application granted.

FREUDENHEIM et al., Respondents, v. GUTTER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Morris Freudenheim and others against Selig Gutter and others. A. Crook, for appellants. D. P. Hays, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

·FROMME, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Herman Fromme against Nathan J. Miller and others. C. E. Thornall, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FULLERTON, Respondent, v. AUTO CAR EQUIPMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Henry F. Fullerton against the Auto Car Equipment Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that the plaintiff's assignor was not the procuring cause of the sale of the automobile by the defendant, and that there was no consideration for the alleged promise by the defendant to pay the plaintiff's assignor without his performing any service whatever.

FULLERTON, Respondent, v. AUTO CAR EQUIPMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Henry F. Fullerton against the Auto Car Equipment Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

GANSEVOORT BANK, Appellant, v. EMPIRE STATE SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by the Gansevoort Bank against the Empire State Surety Company. J. S. C. Bailey, for appellant. B. Reuss, for respondent. No opinion. Judgment affirmed, with costs, on 195 N. Y. 516, 88 N. E. 1119. Order filed. See, also, 123 App. Div. 331, 107 N. Y. Supp. 998.

GARDISKY, Respondent, v. WESTINGHOUSE, CHURCH, KERR, & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Fred Gardisky against Westinghouse, Church, Kerr & Co. No opinion. Order affirmed, with costs.

GARRETT, Respondent, v. NATIONAL FIREPROOFING CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Thomas Garrett against the National Fireproofing Company. C. M. Weeks, for appellant. J. A. O'Leary, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GEDDES, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant, (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Joseph Geddes against the New York Central & Hudson River Railroad Company. A. B. Quencer, for appellant. P. H. Delehanty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GEHRES et al., Respondents, v. ENSMINGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Anna Gehres, individually, etc., and another, against Charles Ensminger and others, copartners, etc. No opinion. Order affirmed, with $10 costs and disbursements.

GENERAL UNDERWRITING CO. OF NEW YORK, Respondent, v. STILWELL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the General Underwriting Company of New York against Van Mater Stilwell and others. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant is ready for argument when cause is reached.

GEORGE, Respondent, v. VILLAGE OF CHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Samson W. George, as trustee, etc., against the Village of Chester. No opinion. Judgment affirmed, with costs, on the opinion of Mr. Justice Tompkins at Special Term. 59 Misc. Rep. 553, 111 N. Y. Supp. 722.

In re GIFUNI. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of disbarment proceedings against Joseph Gifuni, an attorney. Judgment of disbarment. See, also, 128 App. Div. 906, 112 N. Y. Supp. 1130. Einar Chrystie, for petitioner. Edward Hymes, for respondent.
.CLARKE, J. The evidence shows that one Cagliostro, in May, 1906, upon a sheriff's sale of real estate in Kings county, had in execution of a judgment, bid in the property for $800, and paid an additional amount of $17 in sheriff's fees, besides some advertising and other expenses. He afterwards learned from one of the title companies that the title was invalid, owing to defects in the proceedings, and thereupon consulted the respondent professionally with respect to his rights. Cagliostro had been respondent's client for a considerable time prior to the occurrences in question. The sale al-